UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.E.B.,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE; PATRICK DIVVER; TODD M. LYONS; PAMELA BONDI; KRISTI NOEM,<br><br>                              Respondents. | Case No.:  25-cv-3027-JO-KSC<br><br>**ORDER GRANTING PETITIONER'S HABEAS PETITION [DKT. 1]** |

Petitioner Y.E.B. ("Petitioner") filed a petition for writ of habeas corpus.  Dkt. 1. For the reasons stated on the record, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's habeas petition [Dkt. 1] on the third claim for relief, brought under the Fifth Amendment Due Process Clause.

(2) Respondents are ORDERED to release Petitioner by 9 a.m. on November 15, 2025, and to file an affidavit attesting to Petitioner's release by 5 p.m. on November 17, 2025.

(3) Respondents are ENJOINED from redetaining Petitioner without a pre-deprivation hearing before an immigration judge where the Government bears the burden of proving that circumstances have materially changed, rendering

25-cv-3027-JO-KSC

Petitioner a danger to the community or a flight risk.

(4) Respondents shall file a written declaration attesting to full compliance with these obligations. Respondents are ENJOINED from redetaining Petitioner until 48 hours **after** filing the written declaration.

**IT IS SO ORDERED.**

Date: November 14, 2025

Honorable Jinsook Ohta
United States District Judge

25-cv-3027-JO-KSC